UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECIALTYCARE INC., REMOTE NEUROMONITORING PHYSICIANS, PC, and SENTIENT PHYSICIANS, PC,<br><br>Plaintiffs,<br><br>v.<br><br>OSCAR HEALTH, INC.,<br><br>Defendant. | Case No. 1:25-cv-00983-KPF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs SpecialtyCare Inc., Remote Neuromonitoring Physicians, PC, and Sentient Physicians, PC, and Defendant Oscar Health, Inc. that Plaintiffs' claims in the above-captioned action are voluntarily dismissed, without prejudice, and with each party bearing its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 15, 2025

BAKER & HOSTETLER LLP

By: _____
Robert W. Thielhelm, Jr. (*pro hac vice*)
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
RThielhelm@bakerlaw.com
T: (407) 649-4000

*Attorney for Plaintiffs SpecialtyCare Inc., Remote Neuromonitoring Physicians, PC, and Sentient Physicians, PC*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
Mathew Schutzer
501 W. Broadway, 18th Floor
San Diego, CA 92101
mschutzer@sheppardmullin.com
T: (619) 338-6500

*Attorney for Defendant Oscar Health, Inc.*